HENRY M. HUBSHMAN and Another, Copartners, etc., Appellants, v. NATHAN L. DOBLIN and Another, Respondents.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

ST. MARY'S RUSSIAN ORTHODOX BROTHERHOOD, Appellant, v. CRISTIAN REALTY Co., INC., and Another, Defendants, Impleaded with NICK AVRAM and Others, Respondents.— Orders affirmed, with ten dollars costs and. disbursements, with leave to. the plaintiff to serve an amended complaint within twenty days from service of order, upon payment of said costs. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

SAMUEL DROSCHNICOP, Respondent, v. SINDACATO ORIENTALE DI COMMERCIO and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

WILLIAM F. CHASE, Respondent, v. THE CORN EXCHANGE BANK, Appellant.— Order affirmed, with ten dollars costs and disbursements. The amended complaint to be served within three days from date of entry of order. No opinion. Present Dowling, Merrell, McAvoy, Martin and Burr, JJ.

HENRY G. HEINE, as Sole Executor, etc., Appellant, v. LEWIS B. AUSTIN, Individually and as Trustee, etc., and Others, Respondents.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed with notice of argument on or before May 1, 1925. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

HERBERT S. MIDDLEMISS, Appellant, v. BEDRICH STEPANEK, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

NATHAN ROLNICK, Appellant, v. BORDEN'S FARM PRODUCTS Co., INC., and Others, Respondents.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed on or before March 20, 1925. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

LOUIS MEISELMAN, Respondent, v. LEO BEILINSON and Others, Appellants.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure record on appeal and appellants' points to be filed with notice of argument on or before May 1, 1925. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

SAMUEL MAKRANSKY, Respondent, v. LEWARE REALTY CORPORATION, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before March 20, 1925. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

THERON B. HERMES, Respondent, v. WESTCHESTER RACING ASSOCIATION, Defendant, Impleaded with JOHN SANFORD, Appellant.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

ST. MARY'S RUSSIAN ORTHODOX BROTHERHOOD, Appellant, v. CRISTIAN REALTY Co., INC., and Another, Defendants, Impleaded with NICK AVRAM and Others, Respondents.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

ADOLPH SHAPIRO, Respondent, v. HENRY LOWENTHAL, Appellant.— Motion to